UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL ANTHONY PASTOR,<br><br>    Plaintiff,<br><br>    v.<br><br>WOODMONT RES,<br><br>    Defendant. | Case No. 15-cv-01447-KAW<br><br>**ORDER TO SHOW CAUSE; ORDER CONTINUING CASE MANAGEMENT CONFERENCE TO AUGUST 18, 2015** |

On April 8, 2015, the Court denied Plaintiff's application to proceed *in forma pauperis* (IFP), because he represented that he received a combined $1,238.00 per week in state worker's compensation and disability insurance payments. (*See* IFP Application, Dkt. No. 2 at 2)  On April 27, 2015, Plaintiff filed a motion for reconsideration of the denial of his IFP application. (Dkt. No. 5.)  Therein, Plaintiff stated that his annual income is less than $25,000, that he provides for a teenage daughter, and that, since October 2014, his "income has been $536.00 per week from State Disability Insurance alone." *Id.* at 1.  On May 7, 2015, the Court denied Plaintiff's motion for reconsideration, but permitted him to file an amended IFP application by May 29, 2015, or pay the $400.00 filing fee. (Dkt. No. 6.)  To date, Plaintiff has not filed an amended IFP application or paid the filing fee.

Therefore, Plaintiff is ordered, on or before **July 2, 2015,** to 1) file an amended IFP application or pay the filing fee, and 2) respond to this order to show cause by explaining why he did not comply with the original May 29, 2015 deadline.  Failure to complete both tasks by July 2, 2015 may result in the dismissal of this action without prejudice.

///

///

1   Accordingly, the June 30, 2015 case management conference is continued to August 18,
2   2015 at 1:30 p.m.  The case management conference statement is due on or before August 11,
3   2015.
4       IT IS SO ORDERED.
5   Dated: June 22, 2015

*[signature: Kandis Westmore]*
KANDIS A. WESTMORE
United States Magistrate Judge

2