UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL ANTHONY PASTOR,<br>    Plaintiff,<br>    v.<br>WOODMONT RES,<br>    Defendant. | Case No. 15-cv-01447-KAW<br><br>**REPORT AND RECOMMENDATION TO DISMISS CASE WITHOUT PREJUDICE; ORDER REASSIGNING CASE TO A DISTRICT JUDGE** |

On March 30, 2015, Plaintiff Michael Anthony Pastor initiated this action and filed an application to proceed *in forma pauperis* (IFP). (Dkt. No. 2.)  On April 8, 2015, the Court denied Plaintiff's IFP application, because he represented that he received a combined $1,238.00 per week in state worker's compensation and disability insurance payments. *Id.* at 2.  Thus, the Court ordered that Plaintiff pay the filing fee on or before April 27, 2015. (Dkt. No. 4.)

On April 27, 2015, Plaintiff filed a motion for reconsideration of the denial of his IFP application. (Dkt. No. 5.)  Therein, Plaintiff stated that his annual income is less than $25,000, that he provides for a teenage daughter, and that, since October 2014, his "income has been $536.00 per week from State Disability Insurance alone." *Id.* at 1.  Since Plaintiff filed his motion for reconsideration without leave of court, the motion was denied. (Dkt. No. 6.)  Notwithstanding, the Court gave Plaintiff permission to file an amended IFP application on or before May 29, 2015. Plaintiff was advised that any failure to file an amended IFP application by that date, or pay the $400.00 filing fee, may result in the dismissal of this action without prejudice.

Plaintiff did not file an amended IFP application or pay the filing fee as ordered.  On June 22, 2015, the Court issued an order to show cause directing Plaintiff to file an amended IFP application or pay the filing fee, and explain why he did not comply with the May 29, 2015

1  deadline. (Dkt. No. 7.) Plaintiff was advised that any failure to complete both tasks by July 2,
2  2015 may result in the dismissal of this action without prejudice.
3       To date, Plaintiff has not responded to the order to show cause, he has not paid the filing
4  fee, nor has he consented to the undersigned. Therefore, the Court reassigns this action to a
5  district judge and recommends that Plaintiff's case be dismissed without prejudice for failure to
6  pay the filing fee.
7       Any party may file objections to this report and recommendation with the district judge
8  within 14 days of being served with a copy. *See* 28 U.S.C. § 636(b)(l); Fed. R. Civ. P. 72(b). The
9  parties are advised that failure to file objections within the specified time may waive the right to
10 appeal the district court's order. *IBEW Local 595 Trust Funds v. ACS Controls Corp.*, No. C-10-
11 5568, 2011 WL 1496056, at *3 (N.D. Cal. Apr. 20, 2011).
12      IT IS SO RECOMMENDED.
13 Dated: July 27, 2015

_____
KANDIS A. WESTMORE
United States Magistrate Judge